FILED
JUN 1 3 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-092 |
| v. | INDICTMENT |
| VICTOR MANUEL ARTEAGA GONZALEZ, also known as, "Felix," | T. 21 U.S.C. § 841(a)(1)<br>T. 21 U.S.C. § 841(b)(1)(A)<br>T. 21 U.S.C. § 846 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least May 2022, and continuing until May 2023, in the Southern District of Iowa and elsewhere, the defendant, VICTOR MANUEL ARTEAGA GONZALEZ, also known as, "Felix," conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute a controlled substance, namely: 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Amy Jennings
Assistant United States Attorney